UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CONSUMER CREDIT COUNSELING, INC., <br><br> Plaintiffs, <br> v. <br><br> AMERICAN CONSUMER CREDIT, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 1:16-cv-12170 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, Plaintiff, American Consumer Credit Counseling, Inc. and Defendant American Consumer Credit LLC, hereby submit this Joint Stipulation of Dismissal, requesting dismissal of all claims and counterclaims in this action with prejudice. The parties to bear their own costs and attorneys' fees.

Dated: July 31, 2017

Respectfully submitted,

| AMERICAN CONSUMER CREDIT COUNSELING INC. | AMERICAN CONSUMER CREDIT LLC |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Kerry L. Timbers <br> Kerry Timbers, BBO No. 552293 <br> ktimbers@sunsteinlaw.com <br> SUNSTEIN KANN MURPHY & TIMBERS LLP <br> 125 Summer Street - 11th floor <br> Boston, Massachusetts 02110-1618 <br> Tel: 617.443.9292 | /s/ Zachary C. Kleinsasser <br> Zachary C. Kleinsasser, BBO# 664291 <br> kleinsasserz@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> One International Place <br> Boston, Massachusetts 02110 <br> Tel: (617) 310-6000 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 31, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.2(b).

                                               */s/ Jonathan R. DeBlois*
                                               Jonathan R. DeBlois